FIRST NATIONAL STATE BANK OF NEW JERSEY, PLAIN-
TIFF-RESPONDENT, v. CARLYLE HOUSE, INC., *ET AL.*,
DEFENDANTS, AND ACME PLASTERING CO., INC., *ET
AL.*, DEFENDANTS-PETITIONERS.

See same case below: 107 *N. J. Super.* 389.

*Messrs. Levy, Lemken & Margulies* and *Messrs. Cohn &
Turk* for the petitioners.

*Mr. Bertram M. Light, Jr.* for the respondent.

January 27, 1970. Denied.

SAUL CANTOR, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP
OF MADISON, *ET AL.*, DEFENDANTS-RESPONDENTS,
AND MADISON TOWNSHIP SEWERAGE AUTHORITY,
*ET AL.*, INTERVENORS-RESPONDENTS.

*Messrs. Simon & Allen* and *Mr. Richard B. Goldsmith,* for
the petitioners.

*Mr. Marc J. Gordon, Mr. Alfred J. Hill* and *Mr. Francis
X. Journick,* for the respondents.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
HENRY McLACHLAN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward P. Hannigan*
for the petitioner.

*Mr. Edward J. Dolan* and *Mr. William D. Danberry,* for
the respondent.

January 27, 1970. Denied.